In the Matter of Modesto Berardini, as Executor and Trustee under the Will of Michael Berardini, Deceased, Appellant; Philip Berardini et al., Respondents.

(Argued December 6, 1933; decided January 9, 1934.)

*Richard J. Mackey* for appellant.

*Leighton Lobdell* and *William H. O'Brien* for respondents.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: Pound, Ch. J., Crane, Lehman, Kellogg, O'Brien, Hubbs and Crouch, JJ.